IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   Case No.: 2:07-mj-92-SRW |
| | ) |
| **MAURICE ANDERSON** | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, **Maurice Anderson**, in the above-styled case.

Dated this 22nd day of October 2007.

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-mj-92-SRW |
| | ) | |
| MAURICE ANDERSON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49