## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-mj-92-SRW** |
| | ) | |
| **MAURICE ANDERSON** | ) | |

## MOTION TO CONTINUE DETENTION HEARING

**COMES NOW** the Defendant, **MAURICE ANDERSON**, by and through undersigned counsel,  Donnie W. Bethel, and moves this Honorable Court to continue the detention hearing in this case, which is presently scheduled for Wednesday, October 24, 2007, to Friday, October 26, 207.  As grounds for granting this Motion, Defendant would show the following:

1.      Undersigned Counsel is scheduled to be in Birmingham in the afternoon on October 24, 2007.  Undersigned Counsel has consulted with Mr. Anderson, and Mr. Anderson would prefer to postpone the detention hearing rather than proceed with an attorney other than Undersigned Counsel.

2.      The United States, through Assistant United States Attorney Matthew W. Shepherd, does not oppose this motion to continue.

**WHEREFORE**, for the foregoing reasons, Mr. Anderson respectfully requests that the Court grant this Motion and continue the Detention Hearing until October 26, 2007.

Dated this 23rd day of October, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-mj-92-SRW |
| | ) | |
| MAURICE ANDERSON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

Matthew W. Shepherd, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49